
USCA1 Opinion

	




       [NOT FOR PUBLICATION NOT TO BE CITED AS PRECEDENT]
                 United States Court of Appeals
                     For the First Circuit





No. 98-1272

                          UNITED STATES,

                            Appellee,

                                v.

                         ANTHONY EL ZEIN,

                      Defendant, Appellant.



           APPEAL FROM THE UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF MASSACHUSETTS

             [Hon. Mark L. Wolf, U.S. District Judge]



                              Before

                     Torruella, Chief Judge,
               Selya and Boudin, Circuit Judges.
                                
                                
                                
                                
     Colleen E. Carafotes on brief for appellant.
     Donald K. Stern, United States Attorney, and John M. Griffin,
Assistant U.S. Attorney, on brief for appellee.





July 20, 1999



                                
                                




            Per Curiam.  Upon careful review of the briefs and
  record, it appears that only one of defendant's several issues
  was raised below or preserved for appeal.  As to that issue
  concerning a downward departure, the district court's decision,
  fairly read, was discretionary, and we lack jurisdiction to
  review such a decision.  See United States v. Santos, 131 F.3d
  16, 21 (1st Cir. 1997).  In any event, the fact that
  defendant's money laundering was not related to drug
  trafficking or organized crime did not take it outside the
  heartland of money laundering offenses subject to U.S.S.G. 
  2S1.1.  See United States v. Piero, 32 F.3d 611, 619-21 (1st
  Cir. 1994).
            The rest of defendant's issues were not raised before
  the district court and so were waived for appeal.  See United
  States v. LiCausi, 167 F.3d 36, 44-45 (1st Cir. 1999). 
  Nonetheless, we have reviewed those issues to the extent
  possible on the existing record, and we have found no plain
  error that would lead us to disturb any part of the judgment. 
  See United States v. Olano, 507 U.S. 725, 733-34 (1993).
            Affirmed.  See 1st Cir. Loc. R. 27.1.

